Appeal from Special Term, New York County. Action by William F. Donnelly against Percival J. H. Whitaker and another. From an order granting defendants' motion to intervene, plaintiff appeals. Order modified, and, as modified, affirmed. W. L. Stone, Jr., for appellant. W. B. Irving, for respondents.

PER CURIAM. The order should be modified, so as to require the respondents to pay the costs of the action to the date of the order and $10 costs of motion, and, as thus modified, affirmed, without costs of appeal to either party.

DONOHUE, Respondent, v. TOENSING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Annie Donohue against Henry Toensing and others. A. P. Wagener, for appellants. J. W. Bryant, for respondent. No opinion. Judgment modified, by reducing the same as entered to the sum of $470.63, including costs, etc., and, as so modified, affirmed, without costs.

In re DONOHUE'S WILL. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) In the matter of the probate of the last will and testament of George W. Donohue, deceased. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant pay $10 costs and cause the printed papers on appeal to be served within 20 days. On compliance with these conditions the motion is denied, without costs.

DOUGLAS, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Libbie C. Douglas against Egnos D. Reynolds.

PER CURIAM. Judgment and order affirmed, with costs.

CHESTER, J., dissents, on the ground that the verdict is against the weight of evidence.

DOWNS v. DOWNS et al. (Supreme Court, Appellate Division, Second Department. August 31, 1905. Action by Irving G. Downs against Nathan A. Downs, as executor, and others. No opinion. Order affirmed, with $10 costs and disbursements.

DROMS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Action by Christopher F. Droms against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

DRUAR, Respondent, v. JONES, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 31, 1905.) Action by John Druar against Robert W. Jones, impleaded, etc.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., not voting.

DUBROFF, Appellant, v. CURTIS BROS. LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Abraham Dubroff against the Curtis Bros. Lumber Company. No opinion. Motion to resettle order denied.

DUBUC v. LAZELL, DALLEY & CO. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Stanislas Dubuc against Lazell, Dalley & Co. No opinion. Questions certified as in memorandum. See 94 N. Y. Supp. 1144, 1145.

DUFFY, Appellant, v. MAITLAND, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Rachel Duffy against Thomas A. Maitland, as executor. C. C. Bennett, for respondent. No opinion. Judgment affirmed, with costs.

DUMONT, Respondent, v. MILLAR, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905. Action by Earl R. Dumont against James D. Millar. J. S. Bizel, for appellant. R. F. Clarke, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PATTERSON, J., dissents.

In re DUNNING. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) In the matter of the petition of Charles T. Dunning, special guardian of Catherine Berry Bell, an incompetent person, for the removal of John Berry and Jacob Berry as committee, etc. No opinion. Order affirmed, with $10 costs and disbursements.

DWIGHT v LAWRENCE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Julia L. Dwight against Samual R. Lawrence. No opinion. Motion denied.

EASTHAMPTON LUMBER & COAL CO., Limited, Respondent, v. WORTHINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by the Easthampton Lumber & Coal Company, Limited, against Laura T. Worthington. No opinion.

PER CURIAM. Judgment affirmed, with costs.

MILLER, J., dissents.

EASTHAMPTON LUMBER & COAL CO., Limited, Respondent, v. WORTHINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by the Easthampton Lumber & Coal Company, Limited, against Louise Worthington.

PER CURIAM. Judgment affirmed, with costs.

MILLER, J., dissents.

ECKERSON et al., Respondents, v. ARCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Appeal from Trial Term, Rockland County. Action by J. Esler Eckerson, individually and as executor, and others, against Charles D. Archer and another. From a judgment for